UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| Plaintiff | ) | CASE NO.: 1:01 CR 40 |
| | ) | |
| -v- | ) | **ORDER** |
| | ) | |
| WAYNE GRIFFIN, | ) | |
| | ) | |
| Defendant | ) | |

This matter came on for a supervised release violation hearing on October 11, 2006, on the recommendation of the Probation Officer. Defendant Wayne Griffin was present and represented by Attorney Dennis Terez. The United States was represented by Assistant United States Attorney Roger Bamberger. The Probation Office was represented by Larry Grimes. The court reporter was Heidi Geizer. The Defendant admits to the violations, and the court finds the Defendant is in violation of his supervised release for the reasons stated on the open record.

IT IS ORDERED that Defendant's supervision be revoked and he be committed to the custody of Bureau of Prisons for a term of 6 months with no term of Supervised Release to follow. Defendant shall self report to the United States Marshal Service on October 18, 2006, by 12:00 noon. Defendant shall contact his Probation Officer, Larry Grimes in the interim on Thursday, October 12, 2006, Friday, October 13, 2006 and on Tuesday, October 17, 2006.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

October 12, 2006